# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  DESIGNATION OF CHAIR AND | : No. 705 |
| | : |
| VICE-CHAIR OF THE COMMITTEE ON | : SUPREME COURT RULES |
| | : |
| RULES OF EVIDENCE | : |
| | : |
| | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 1st day of September, 2016, Maureen Murphy McBride, Esquire, is hereby designated as Chair and John P. Krill, Jr., Esquire, as Vice-Chair of the Committee on Rules of Evidence, commencing October 1, 2016.